# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JAMES HOWARD BEASLEY
#304                                                                                          PLAINTIFF

v.                                    4:25-cv-00739-JM

USSERY, Sergeant, Correctional Officer,
Faulkner County Detention Center, Unit 1                                        DEFENDANT

## ORDER

Plaintiff was confined in Unit 1 of the Faulkner County Detention Center when he filed this *pro se* action seeking relief under 42 U.S.C. § 1983.  (Doc.1.)  On August 18, 2025, the Court directed Plaintiff to pay the filing fee in full or file an *in forma pauperis* application.  (Doc. 2.)  And it cautioned Plaintiff this case would be dismissed, under Local Rule 5.5(c)(2), if he failed to timely do so.  (*Id*.)  Plaintiff has not complied with that Order and the time to do so has passed.  Additionally, because the Clerk no longer has a valid mailing address for Plaintiff, it would be futile to grant him an extension of time to comply with the Court's instructions.  (Doc. 3.)

IT IS, THEREFORE, ORDERED that the Complaint (Doc. 1) is DISMISSED without prejudice due to a lack of prosecution.  It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 18th day of September 2025.

_____
UNITED STATES DISTRICT JUDGE