IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES HOWARD BEASLEY
#304                                                                                                    PLAINTIFF

v.                                             4:25-cv-00739-JM

USSERY, Sergeant, Correctional Officer,
Faulkner County Detention Center, Unit 1                                                DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 18th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE